# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**County Board of Arlington County, Virginia**
**Plaintiff**

**Case Number: 1:26-cv-03505**

**vs**

**Department of Homeland Security**
**Defendant**

## AFFIDAVIT OF SERVICE

Now comes, Abel Emiru the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in Washington, DC.

I, Abel Emiru certify that on, **10/22/2026**, at **2:35 PM**, I served a copy of the within ***Summons & Complaint*** upon the within named **U.S. Attorney's Office for the Eastern District of Virginia Justin W. Williams United States Attorney's Building**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Amanda Visco, Administration ,** whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **U.S. Attorney's Office for the Eastern District of Virginia Justin W. Williams United States Attorney's Building**.

Said service was effected at the following location: **2100 Jamieson Ave. , Alexandria, VA 22314.**

I, Abel Emiru describe the individual accepting service **Amanda Visco** as follows: **Amanda Visco**, is a White Female, approximately 31 - 40 Yrs., with Brown hair, approximately 5' 4" - 5' 8" and weighing 161-200 Lbs..

I, Abel Emiru certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/22/26

*Date*

90244

**Abel Emiru**
P.O. Box 18647
Washington, DC 20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-03505

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the Eastern District of Virginia Justin W. Williams United States Attorney's Building

was received by me on *(date)* 10/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , ______________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amanda Visco, Administration 2100 Jamieson Ave. , Alexandria, VA 22314 , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office for the Eastern District of Virginia Justin W. Williams United States Attorney's Building on *(date)* 10/22/2026 2:35 PM ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 10/22/2026

*Server's signature*

Abel Emiru, Process Server

*Printed name and title*

90244

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Amanda Visco Gender: Female Race/Skin: Age: 31 - 40 Yrs. Weight: 161-200 Lbs. Height: 5' 4" - 5' 8" Hair: Brown Glasses: No Other:

Documents Served: Summons & Complaint