# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**County Board of Arlington County, Virginia**
**Plaintiff**

**vs**

**Department of Homeland Security**
**Defendant**

**Case Number: 1:26-cv-03505**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 10/21/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **Kash Patel, in his official capacity as Director of the Federal Bureau of Investigation Federal Bureau of Investigation**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275315112 with Return Receipt . The sealed envelope was signed for on **10/23/2026 .** (Exhibit A)

Addressed As Follows: **Kash Patel, in his official capacity as Director of the Federal Bureau of Investigation Federal Bureau of Investigation, 935 Pennsylvania Ave NW , Washington, DC 20535**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/23/26
*Date*

90241

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-cv-03505

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kash Patel, in his official capacity as Director of the Federal Bureau of Investigation Federal Bureau of Investigation

was received by me on *(date)* 10/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402836208551275315112 to 935 Pennsylvania Ave NW , Washington, DC 20535 on 10/21/2026. Service was signed for on 10/23/2026. (See Exhibit A)**

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 10/23/2026

*Server's signature*

90241

Laura Creekmore, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

**UNITED STATES POSTAL SERVICE®**

October 23, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 3151 12**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 23, 2026, 04:15 am |
| **Location:** | WASHINGTON, DC 20535 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | KASH PATEL, IN HIS OFF. CAP. AS DIR. OF |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Kash Patel, in his off. cap. as Dir. of
Fed. Bur. of Inv, Fed. Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535
Reference #: 90241
Item ID: 90241

EXHIBIT A