UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**County Board of Arlington County, Virginia**
**Plaintiff**

**vs**

**Department of Homeland Security**
**Defendant**

**Case Number: 1:26-cv-03505**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 10/21/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement Office of the Principal Legal Advisor**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275315204 with Return Receipt . The sealed envelope was signed for on **10/22/2026 .** (Exhibit A)

Addressed As Follows: **David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900 , Washington, DC 20536-5900**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/23/26
*Date*

90235

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-cv-03505

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement Office of the Principal Legal Advisor

was received by me on *(date)* 10/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , ______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

I returned the summons unexecuted because ______________________________ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402836208551275315204 to 500 12th St. SW, Mail Stop 5900 , Washington, DC 20536-5900 on 10/21/2026. Service was signed for on 10/22/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: 10/22/2026

*Server's signature*

Laura Creekmore, Process Server

*Printed name and title*

90235

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

UNITED STATES POSTAL SERVICE®

October 22, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 3152 04**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 22, 2026, 10:19 am |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | DAVID VENTURELLA, IN HIS OFF. CAP. AS ACTING DI |

## Recipient Signature

**Signature of Recipient:** Jose Reyes

**Address of Recipient:** RUN 19 20593 20229 20598 20223 20524 20228 20598

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

David Venturella, in his off. cap. as Acting Di
U.S. Immigration and Customs Enforcement
Office of Principal Legal Advisor
500 12 St., SW, Mail Stop 5900
Washington, DC 20536
Reference #: 90235
Item ID: 90235

EXHIBIT A