IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:26-cv-3505 (LMB/WEF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | ) | |
| Defendants. | ) | |

ORDER

On October 20, 2026, plaintiff filed a Complaint for declaratory and injunctive relief to "protect its ability to administer free and fair elections," in the face of defendants' alleged decision to "authorize armed federal agents to be present at polling sites." [Dkt. No. 1] at ¶ 1. The Complaint specifically challenged the defendant Department of Homeland Security and Department of Justice "Polling Place Policies" which allegedly authorized federal agents to "conduct enforcement activities at polling places." Id. at ¶ 43, 54. Plaintiff sought injunctive and declaratory relief under the Administrative Procedure Act (Counts I-II), the Tenth Amendment (Count III), and the Declaratory Judgment Act (Count IV).

The election was held on November 3, 2026. The Court is not aware of any reports that armed federal agents conducted enforcement activities at polling places in Arlington County, nor that such enforcement activities disrupted the election. Accordingly, it is hereby

ORDERED that by November 12, 2026, plaintiff SHOW CAUSE as to why this civil action should not be dismissed because it has become moot.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 5th day of November, 2026.

Alexandria, Virginia

/s/ LMB

Leonie M. Brinkema
United States District Judge